United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>          Defendant.<br><br>No. 13-cv-4863 | **ORDER OF CONSOLIDATION; CASE SCHEDULING ORDER** |
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>          Defendant.<br><br>No. 13-cv-5801-JST | |

At the April 23, 2014 case management conference, the Court consolidated these cases for all purposes other than trial. ECF No. 34. Therefore, solely for administrative purposes, the Clerk is directed to ADMINISTRATIVELY CLOSE Case No. 13-cv-5801. All future filings should be submitted in the lead case, No. 13-cv-4863. If the Court later determines that the cases should not be consolidated for trial, the Court will consider re-opening case number 13-cv-5801.

As stated at the case management conference, the Court set the schedule the parties proposed in their April 16 case management statement. The Court hereby issues the following scheduling order to confirm those dates:

/ / /

/ / /

| Event | Deadline |
|---|---|
| Designation of experts | January 5, 2015 |
| Designation of Rebuttal Experts | February 9, 2015 |
| Close of Fact and Expert Discovery | March 9, 2015 |
| Deadline to File Dispositive Motions | April 20, 2015 |
| Pretrial conference statement due | July 3, 2015 |
| Pretrial Conference | July 13, 2015 at 2:00 p.m. |
| Trial | September 22, 2015 at 8:30 a.m. |
| Estimate of trial length (in days) | 10 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

**IT IS SO ORDERED.**

Dated: August 22, 2014

_____
JON S. TIGAR
United States District Judge