1  Thomas M. Jones (*Pro Hac Vice*)
   Charles E. Wheeler, SBN 82915
2  Amanda M. Lorenz, SBN 264336
   COZEN O'CONNOR
3  501 West Broadway, Suite 1610
   San Diego, CA  92101
4  Telephone: 619.234.1700
   Facsimile: 619.234.7831
5  tjones@cozen.com
   cwheeler@cozen.com
6  alorenz@cozen.com

7  Attorneys for Plaintiff
   ILLINOIS UNION INSURANCE COMPANY
8

                    UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation, | Case No. 3:13-cv-04863-JST |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: STIPULATION REQUESTING TWO-WEEK CONTINUANCE OF NOVEMBER 19, 2014 STATUS CONFERENCE |
| vs. | |
| INTUITIVE SURGICAL, INC., a Delaware corporation, | |
| Defendant. | |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a Delaware corporation, | Case No. 3:13-cv-05801 |
| Plaintiff, | |
| vs. | |
| INTUITIVE SURGICAL, INC., a Delaware corporation, | |
| Defendant. | |

/ / /

/ / /

/ / /

1  The Court having reviewed the foregoing Stipulation, and good cause appearing
2  therefor,
3  PURSUANT TO STIPULATION IT IS HEREBY ORDERED that the Status
4  Conference scheduled for November 19, 2014 at 2:00 p.m. in the instant action be
5  continued to December 3, 2014, at 2:00 p.m.
6
7  DATED: October 22, 2014
8                                                                                    _____
9                                                                                    HON.
                                                                                     UNITED STATES DISTRICT JUDGE
10

IT IS SO ORDERED

Judge Jon S. Tigar