ALLEN J. RUBY (SBN 47109)
RAOUL D. KENNEDY (SBN 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
allen.ruby@skadden.com
raoul.kennedy@skadden.com

Attorneys for Defendant
INTUITIVE SURGICAL, INC.

THOMAS M. JONES (*pro hac vice*)
CHARLES E. WHEELER (SBN 82915)
AMANDA M. LORENZ (SBN 264336)
alorenzr@cozen.com
COZEN & O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: (619) 234-1700
Facsimile: (619) 234-7831
tjones@cozen.com
cwheeler@cozen.com

Attorneys for Plaintiff
ILLINOIS UNION INSURANCE COMPANY

JOHN S. PIERCE (SBN 74908)
DAVID J. MCMAHON (SBN 120891)
PETER J. FELSENFELD (SBN 260433)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070
jpierce@mail.hinshaw.com
dmcmahon@mail.hinshaw.com
pfelsenfeld@mail.hinshaw.com

Attorneys for Plaintiff
NAVIGATORS SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>          Defendant. | Case No. 3:13-cv-04863-JST<br><br>**STIPULATION TO MODIFY EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER**<br><br>Judge: Honorable Jon S. Tigar |

|   |   |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| INTUITIVE SURGICAL, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) ) |

The parties to the above-entitled action, through their counsel of record, hereby stipulate as follows:

**RECITALS**

1. At a Case Management Conference held on April 23, 2014, the Court adopted the pre-trial schedule proposed by the parties in their Joint Case Management Statement.

2. That schedule established the following deadlines:

   Designation of Experts:  January 5, 2015

   Designation of Rebuttal Experts:  February 9, 2015

   Close of Fact and Expert Discovery: March 9, 2015

3. Upon further consideration, the parties agree that it would be beneficial to wait until after the close of fact discovery to designate experts.

4. In light of this agreement, the parties agree and hereby propose to modify the existing expert discovery deadlines as follows:

   Close of Fact Discovery:  March 9, 2015

   Designation of Experts:  March 16, 2015

   Expert Reports Due:  April 6, 2015

   Designation of Rebuttal Experts:  April 22, 2015

   Rebuttal Reports Due:  May 6, 2015

   Close of Expert Discovery:  May 29, 2015

5. The parties further stipulate that there is a chance that if the fact discovery deadline is changed, it may require a further adjustment of the expert witness schedule.

IT IS SO STIPULATED.

Dated: January 5, 2015                    HINSHAW & CULBERTSON LLP

/s/ John S. Pierce
JOHN S. PIERCE
DAVID J. McMAHON
PETER J. FELSENFELD
Attorneys for Plaintiff
NAVIGATORS SPECIALTY
INSURANCE COMPANY


Dated: January 5, 2015                    COZEN & O'CONNOR

/s/ Charles E. Wheeler
THOMAS M. JONES
CHARLES E. WHEELER
AMANDA M. LORENZ
Attorneys for Plaintiff
ILLINOIS UNION
INSURANCE COMPANY


Dated: January 5, 2015                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Raoul D. Kennedy
ALLEN J. RUBY
RAOUL D. KENNEDY
THOMAS E. HAROLDSON
Attorneys for Defendant
INTUITIVE SURGICAL, INC.

**ORDER**

Based on the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the existing expert discovery deadlines will be modified as follows:

Close of Fact Discovery:  March 9, 2015

Designation of Experts:  March 16, 2015

Expert Reports Due:  April 6, 2015

Designation of Rebuttal Experts:  April 22, 2015

Rebuttal Reports Due:  May 6, 2015

Close of Expert Discovery:  May 29, 2015



DATED:  January 5, 2015

_____
UNITED STATES DISTRICT COURT JUDGE