| | |
|---|---|
| ALLEN RUBY (SBN 47109) <br> RAOUL D. KENNEDY (SBN 40892) <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> 525 University Avenue <br> Palo Alto, CA 94301 <br> Telephone: (650) 470-4500 <br> Facsimile: (650) 470-4570 <br> allen.ruby@skadden.com <br> raoul.kennedy@skadden.com <br><br> Attorneys for Defendant <br> INTUITIVE SURGICAL, INC. <br><br> [Additional Counsel on Signature Page] | THOMAS M. JONES (*Pro Hac Vice*) <br> CHARLES E. WHEELER (SBN 82915) <br> AMANDA M. LORENZ (SBN 264336) <br> alorenzr@cozen.com <br> COZEN O'CONNOR <br> 501 West Broadway, Suite 1610 <br> San Diego, CA 92101 <br> Telephone: (619) 234-1700 <br> Facsimile: (619) 234-7831 <br> tjones@cozen.com <br> cwheeler@cozen.com <br><br> Attorneys for Plaintiff <br> ILLINOIS UNION INSURANCE COMPANY |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation <br><br> Plaintiff, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., a Delaware corporation, <br><br> Defendant. | Case No.: 3:13-cv-04863-JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF CROSS-COMPLAINT TO IMPLEAD IRONSHORE SPECIALTY INSURANCE COMPANY** |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a Delaware corporation <br><br> Plaintiff, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., a Delaware corporation, <br><br> Defendant. | Case No.: 3:13-cv-005801-JST <br><br> Judge: Honorable J. Tigar |

STIPULATION AND [PROPOSED] ORDER

WHEREAS, the above-captioned actions address the scope of products liability coverage, if any, available to Intuitive Surgical, Inc. ("Intuitive") for the policy year March 1, 2013 to March 1, 2014;

WHEREAS, Intuitive's products liability policy for the preceding year, March 1, 2012 to March 1, 2013, was issued by Ironshore Specialty Insurance Company ("Ironshore");

WHEREAS, Intuitive notes that it is in a dispute with Ironshore over whether claims tolled during the Ironshore policy period are covered under that policy;

WHEREAS, Intuitive notes that it intends to file suit against Ironshore and submits the attached proposed cross-complaint (the "Cross-Complaint") for the Court's consideration;

WHEREAS, Intuitive further notes that Intuitive now seeks to implead Ironshore into the instant litigation because the same third party claims that Plaintiffs Illinois Union Insurance Company ("Illinois Union") and Navigators Specialty Insurance Company ("Navigators," and together with Illinois Union, "Plaintiffs") assert should have been disclosed in Intuitive's applications for product liability insurance for the 2013-2014 policy year are also the subject of Intuitive's coverage dispute with Ironshore;

WHEREAS, Intuitive further notes that this overlap of operative facts creates a risk of inconsistent verdicts if the cases are tried separately; that many of the same witnesses will need to be deposed in connection with the Ironshore action as in the instant litigation; and that significant efficiencies will thus be realized if the cases proceed jointly;

WHEREAS, Plaintiffs do not object to Intuitive's impleading of Ironshore into the present case in the interest of avoiding duplicative and wasteful discovery;

WHEREAS, Navigators has agreed to the concurrent filing of its statement of non-opposition to this Stipulation;

1    WHEREFORE, the parties herein stipulate as follows:

2    1.    Upon entry of the Court's Order approving the terms of this stipulation, Intuitive will promptly file and serve the Cross-Complaint.

    2.    Once Ironshore has been served, Intuitive and Illinois Union request that the Court set a status conference to discuss setting a revised case schedule.

Dated: March 2, 2015

/s/ Charles E. Wheeler
Thomas M. Jones
Charles E. Wheeler
Amanda M. Lorenz
COZEN O'CONNOR
Attorneys for Plaintiff
ILLINOIS UNION INSURANCE COMPANY

Dated: March 2, 2015

/s/ Raoul Kennedy
Allen Ruby
Raoul Kennedy
Thomas Haroldson
Sheryl Leung

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Attorneys for Defendant
INTUITIVE SURGICAL, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____March 3_____, 2015

By:_____

U.S. DIS[TRICT JUDGE]



IT IS SO ORDERED
Judge Jon S. Tigar