UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant. | Case No. 13-cv-04863-JST <br><br> **ORDER AMENDING CASE SCHEDULE** |

The Court is in receipt of the parties' stipulation to extend Court dates and hereby amends Court dates as follows:

| **Event** | **Prior Date** | **Amended Date** |
|---|---|---|
| Close of Fact Discovery | March 9, 2015 | October 15, 2015 |
| Mediation Deadline | March 31, 2015 | December 16, 2015 |
| Designation of Experts | March 16, 2015 | November 9, 2015 |
| Expert Reports Due | April 6, 2015 | December 9, 2015 |
| Deadline to File Dispositive Motions | April 20, 2015 | January 8, 2016 |
| Designation of Rebuttal Experts | April 22, 2015 | January 12, 2016 |
| Rebuttal Reports Due | May 6, 2015 | January 29, 2016 |
| Close of Expert Discovery | May 29, 2015 | February 29, 2016 |

| | | |
|---|---|---|
| Pretrial Conference Statement Due | July 3, 2015 | May 31, 2015 |
| Pretrial Conference | July 13, 2015 at 2:00 p.m. | June 10, 2016 |
| Trial | September 22, 2015 at 8:30 a.m. | July 5, 2016 |
| Estimate of trial length (in days) | 10 | 10 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: March 19, 2015

_____
JON S. TIGAR
United States District Judge