| | |
|---|---|
| ALLEN RUBY (SBN 47109)<br>RAOUL D. KENNEDY (SBN 40892)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>allen.ruby@skadden.com<br>raoul.kennedy@skadden.com<br><br>Attorneys for Defendant and Cross-Complainant<br>INTUITIVE SURGICAL, INC.<br><br>[Additional Counsel on Signature Page]<br><br>JOHN S. PIERCE (SBN 074908)<br>DAVID J. MCMAHON (SBN 120891)<br>PETER J. FELSENFELD (SBN 260433)<br>HINSHAW & CULBERTSON LLP<br>One California Street<br>18th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 362-6000<br>Facsimile: (415) 834-9070<br>jpierce@mail.hinshawlaw.com<br>dmcmahon@mail.hinshawlaw.com<br>pfelsenfeld@mail.hinshawlaw.com<br><br>Attorneys for Plaintiff<br>NAVIGATORS SPECIALTY INSURANCE<br>COMPANY | THOMAS M. JONES (*Pro Hac Vice*)<br>CHARLES E. WHEELER (SBN 82915)<br>AMANDA M. LORENZ (SBN 264336)<br>COZEN O'CONNOR<br>501 West Broadway, Suite 1610<br>San Diego, CA  92101<br>Telephone: (619) 234-1700<br>Facsimile: (619) 234-7831<br>tjones@cozen.com<br>cwheeler@cozen.com<br>alorenzr@cozen.com<br><br>Attorneys for Plaintiff<br>ILLINOIS UNION INSURANCE COMPANY<br><br>RONALD P. SCHILLER (*Pro Hac Vice pending*)<br>SHARON F. McKEE (*Pro Hac Vice pending*)<br>HANGLEY ARONCHICK SEGAL PUDLIN &<br>SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103<br>Telephone: (215) 496-7020<br>Facsimile:  (215) 851-1020<br>rschiller@hangley.com<br>smckee@hangley.com<br><br>Attorneys for Cross-Defendant<br>IRONSHORE SPECIALTY INSURANCE<br>COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ILLINOIS UNION INSURANCE<br>COMPANY, an Illinois corporation<br><br>               Plaintiff,<br><br>     v.<br><br>INTUITIVE SURGICAL, INC., a<br>Delaware corporation,<br><br>               Defendant. | Case No.: 3:13-cv-04863-JST<br><br>**STIPULATION AND [PROPOSED] ORDER AFFIRMING APPLICATION OF PROTECTIVE ORDER TO IRONSHORE SPECIALTY INSURANCE** |

STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a Delaware corporation<br><br>     Plaintiff,<br><br>  v.<br><br>INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>     Defendant. | Case No.: 3:13-cv-005801-JST |
| INTUITIVE SURGICAL INC., a Delaware corporation<br><br>     Cross-Complainant,<br><br>  v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation,<br><br>     Cross-Defendant. | Case No.: 3:13-cv-04863-JST<br><br>Judge: Honorable J. Tigar |

WHEREAS, on July 18, 2014, the Court so-ordered the Stipulation for Protective Order and Proposed Order in these actions among defendant Intuitive Surgical, Inc., plaintiff Illinois Union Insurance Company, and plaintiff Navigators Specialty Insurance Company (the "Protective Order");

WHEREAS, Ironshore Specialty Insurance Company ("Ironshore") has been served with a cross-complaint in this action, and intends to answer, plead or otherwise move in response to the third party complaint;

WHEREAS, the other parties to these actions have agreed to provide Ironshore with copies of all discovery exchanged to date in these actions pursuant to a separate stipulation filed concurrently herewith;

WHEREFORE, the parties herein stipulate as follows:

1.  The time for Ironshore to answer, plead or otherwise move in response to the third

party complaint is extended to and including April 10, 2015;

2. Ironshore agrees it will comply with the terms of the Protective Order in the same manner as if it had been an original signatory;

3. By (a) April 17, 2015, or (b) one week after this Stipulation and Proposed Order (or similar Order affirming application of the Protective Order to Ironshore) is entered, whichever occurs last, the other parties will provide Ironshore with all discovery exchanged to date in these actions.

| | |
|---|---|
| Dated: March 19,_2015 | /s/ Charles E. Wheeler____<br>Thomas M. Jones<br>Charles E. Wheeler<br>Amanda M. Lorenz<br>COZEN O'CONNOR<br>Attorneys for Plaintiff<br>ILLINOIS UNION INSURANCE COMPANY |
| Dated: March 19, 2015 | /s/ John S. Pierce<br>David J. McMahon<br>Peter Felsenfeld<br>HINSHAW & CULBERTSON LLP<br>Attorneys for Plaintiff<br>NAVIGATORS SPECIALTY INSURANCE COMPANY |
| Dated: March 19 2015 | /s/ Raoul Kennedy<br>Allen Ruby<br>Raoul Kennedy<br>Thomas Haroldson<br>Sheryl Leung<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Attorneys for Defendant and Cross-Complainant<br>INTUITIVE SURGICAL, INC. |
| Dated: March 19, 2015 | /s/ Ronald P. Schiller<br>Ronald P. Schiller<br>Sharon F. McKee<br><br>HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER<br>Attorneys for Cross-Defendant<br>IRONSHORE SPECIALTY INSURANCE COMPANY |

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 | Dated: _____March 20_____, 2015

3 | By: _____

IT IS SO ORDERED

Judge Jon S. Tigar