RONALD P. SCHILLER (PA SBN 41357) (Appearance Pro hac vice)
SHARON F. MCKEE (PA SBN 81499) (Appearance Pro hac vice)
JACQUELINE R. DUNGEE (PA SBN 87904) (Appearance Pro hac vice)
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, Pennsylvania  19103
Telephone:  (215) 568-6200
Facsimile:  (215) 568-0300
Email: rschiller@hangley.com
       smckee@hangley.com
       jdungee@hangley.com

GARY T. LAFAYETTE
APRIL P. SANTOS
**LAFAYETTE & KUMAGAI LLP**
101 Mission Street, Suite 600
San Francisco, California  94105
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605
glafayette@lkclaw.com
asantos@lkclaw.com

Attorneys for Cross-Claim Defendant
IRONSHORE SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:13-cv-04863-JST<br>Case No.: 3:13-cv-005801-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:  Honorable J. Tigar |
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a Delaware corporation<br><br>Plaintiff,<br><br>v. | |

INTUITIVE SURGICAL, INC., a Delaware corporation,

          Defendant.

INTUITIVE SURGICAL, INC., a Delaware Corporation,

          Cross-Complainant,

    v.

IRONSHORE SPECIALTY INSURANCE CO., an Arizona corporation,

          Cross Defendant.

WHEREAS, defendant Intuitive Surgical, Inc. ("Intuitive") filed its Cross-Complaint in this action against defendant Ironshore Specialty Insurance Co. ("Ironshore") on March 3, 2015;

WHEREAS, on March 19, 2015, the parties stipulated to an extension of the time for Ironshore to answer, plead or otherwise move in response to the Cross-Complaint until April 10, 2015 (Doc. 62);

WHEREAS, Ironshore has requested a further extension of two business days, to April 14, 2015, to accommodate scheduling conflicts;

WHEREAS, on this 10th day of April 2015, Intuitive agreed to Ironshore's request for a extension of time through and including April 14, 2015 to respond or otherwise plead to the Cross-Complaint;

WHEREAS, the requested extension will not affect any other deadlines in the case;

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the Intuitive and Ironshore, pursuant to Civ. L. R. 6-2(a) that Ironshore shall have an extension of time, through and including April 14, 2015, within which to respond to the Cross-Complaint filed by Intuitive.

| | |
|---|---|
| Dated: April 10, 2015 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| | By: /s/Sharon F. McKee |
| |      Ronald P. Schiller |
| |      Sharon F. McKee |
| |      Jacqueline R. Dungee |
| | |
| | LAFAYETTE & KUMAGAI LLP |
| | By: /s/Gary T. Lafayette |
| |      Gary T. Lafayette |
| |      April P. Santos |
| | |
| | Attorneys for Cross-Claim Defendant IRONSHORE SPECIALTY INSURANCE COMPANY |
| | |
| Dated: April 10, 2015 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | By: /s/Peter Luneau |
| |      Peter Luneau |
| |      Thomas E. Haroldson |
| |      Raoul Kennedy |
| | |
| | Attorneys for Cross-Claim Plaintiff INTUITIVE SURGICAL, INC. |

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Peter Luneau, counsel for Cross-Complainant, for the filing of this stipulation.

                                                  /s/ Sharon F. McKee
                                                SHARON F. MCKEE

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: April 10, 2015                                          
                                                Honorable Jon S. Tiger
                                                United States District Court Judge