| | |
|---|---|
| THOMAS M. JONES (*Pro Hac Vice*) <br> CHARLES E. WHEELER (SBN 82915) <br> AMANDA M. LORENZ (SBN 264336) <br> COZEN O'CONNOR <br> 501 West Broadway, Suite 1610 <br> San Diego, CA  92101 <br> Telephone: (619) 234-1700 <br> Facsimile: (619) 234-7831 <br> tjones@cozen.com <br> cwheeler@cozen.com <br> alorenz@cozen.com <br><br> Attorneys for Plaintiff <br> ILLINOIS UNION INSURANCE COMPANY | JOHN S. PIERCE (SBN 074908) <br> DAVID J. MCMAHON (SBN 120891) <br> PETER J. FELSENFELD (SBN 260433) <br> HINSHAW & CULBERTSON LLP <br> One California Street <br> 18th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 362-6000 <br> Facsimile: (415) 834-9070 <br> jpierce@mail.hinshawlaw.com <br> dmcmahon@mail.hinshawlaw.com <br> pfelsenfeld@mail.hinshawlaw.com <br><br> Attorneys for Plaintiff <br> NAVIGATORS SPECIALTY INSURANCE COMPANY |
| ALLEN RUBY (SBN 47109) <br> RAOUL D. KENNEDY (SBN 40892) <br> JAMES P. SCHAEFER (SBN 250417) <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> 525 University Avenue <br> Palo Alto, CA 94301 <br> Telephone: (650) 470-4500 <br> Facsimile: (650) 470-4570 <br> Allen.Ruby@skadden.com <br> Raoul.Kennedy@skadden.com <br> James.Schaefer@skadden.com <br><br> Attorneys for Defendant/Third Party Plaintiff <br> INTUITIVE SURGICAL, INC. | RONALD P. SCHILLER (*Pro hac vice*) <br> SHARON F. MCKEE (*Pro hac vice*) <br> JACQUELINE R. DUNGEE (*Pro hac vice*) <br> HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER <br> One Logan Square, 27th Floor <br> Philadelphia, Pennsylvania  19103 <br> Telephone:  (215) 568-6200 <br> Facsimile:  (215) 568-0300 <br> Email: rschiller@hangley.com <br>         smckee@hangley.com <br>         jdungee@hangley.com <br><br> Attorneys for Third Party Defendant <br> IRONSHORE SPECIALTY INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation <br><br> Plaintiff, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., a Delaware corporation, <br><br> Defendant. | Case No.: 3:13-cv-04863-JST <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING COURT DATES** <br><br> Judge: Honorable J. Tigar |

-2-

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a Delaware corporation | ) Case No.: 3:13-cv-005801-JST<br>)<br>) |
| Plaintiff, | ) |
| v. | ) |
| INTUITIVE SURGICAL, INC., a Delaware corporation, | )<br>) |
| Defendant. | ) |
| INTUITIVE SURGICAL, INC., a Delaware corporation, | )<br>) |
| Cross-Complainant, | ) |
| v. | ) |
| IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation, | )<br>) |
| Cross-Defendant. | ) |

WHEREAS, plaintiff Illinois Union Insurance Company filed a complaint for rescission of insurance policy against defendants Intuitive Surgical, Inc. ("Intuitive") on October 21, 2013;

WHEREAS, plaintiff Navigators Specialty Insurance Company filed a complaint for rescission of insurance policy against Intuitive on December 16, 2013;

WHEREAS, Intuitive filed a third party complaint against third party defendant Ironshore Specialty Insurance Company ("Ironshore") for breach of contract and bad faith on March 3, 2015 seeking over $15 million in damages;

WHEREAS, on March 19, 2015, before Ironshore had answered the third party complaint, had an opportunity to fully develop its defenses and counterclaim or had obtained any discovery from the parties, and before the parties anticipated the scope of discovery still to come the parties filed a Stipulation and [Proposed] Order Extending Court Dates in Light of Impleader of Ironshore Specialty Insurance and the Court entered an Order Amending Case Schedule containing the current case dates and deadlines;

WHEREAS, Ironshore filed its answer and counterclaims on April 14, 2015;

WHEREAS, Ironshore's counterclaims raise numerous, substantial coverage issues that were not raised by Illinois Union or Navigators and that involve extensive discovery concerning the approximately 1700 putative claims asserted by Intuitive;

WHEREAS, Ironshore served comprehensive interrogatories and document requests on Intuitive on April 24, 2015, in an effort to complete fact discovery to support its defenses and counterclaims by the October 15, 2015 deadline;

WHEREAS, some disputes have arisen among the parties on issues of confidentiality and privilege that the parties cannot resolve without assistance of the Court due to the nature of these issues and that, with respect to privilege, will necessitate *in camera* review;

WHEREAS, throughout the last several months the parties have been diligently working together to schedule depositions before the close of discovery on October 15, 2015 and numerous depositions have been completed in California, New York, Chicago and Massachusetts;

WHEREAS, there are several more depositions that need to be conducted and substantial categories of documents that Intuitive has agreed to produce but not yet produced;

WHEREAS, while the parties have conducted extensive fact discovery, taken multiple depositions, and produced a substantial amount of documents in an effort to meet the present October 15, 2015 deadline for fact discovery;

WHEREAS, the parties agree that substantial discovery is still outstanding;

WHEREAS, the parties also continue to meet-and-confer regarding various discovery disputes in an effort to obviate the need for Court intervention; and

WHEREAS, given the scope of discovery, the parties now recognize that the deadlines set in March, 2015 have not proven realistic or workable in practice;

WHEREFORE, the parties herein stipulate as follows:

1. The parties stipulate to amend the calendar for this action as follows, subject to the Court's approval:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | October 15, 2015 | January 15, 2016 |
| Mediation Deadline | December 16, 2015 | February 16, 2016 |
| Designation of Experts | November 9, 2015 | February 1, 2016 |
| Expert Reports Due | December 9, 2015 | March 1, 2016 |
| Deadline to File Dispositive Motions | January 8, 2016 | March 15, 2016 |
| Designation of Rebuttal Experts | January 12, 2016 | April 1, 2016 |
| Rebuttal Reports Due | January 29, 2016 | April 15, 2016 |
| Close of Expert Discovery | February 29, 2016 | May 15, 2016 |
| Pretrial Conference Statement Due | May 31, 2016 | May 31, 2016 |
| Pretrial Conference | June 10, 2016 | June 10, 2016 |
| Trial | July 5, 2016 | July 5, 2016 |
| Estimate of trial length (in days) | 10 | 10 |

2.      The parties have maintained the current pre-trial and trial dates; however, the parties are amenable to moving those dates if the Court prefers.

| | | |
|---|---|---|
| Dated: September 11, 2015 | | /s/ Charles E. Wheeler<br>Thomas M. Jones<br>Charles E. Wheeler<br>Amanda M. Lorenz<br>COZEN O'CONNOR<br>Attorneys for Plaintiff<br>ILLINOIS UNION INSURANCE COMPANY |
| Dated: September 11, 2015 | | /s/ John S. Pierce<br>David J. McMahon<br>Peter Felsenfeld<br>HINSHAW & CULBERTSON LLP<br>Attorneys for Plaintiff<br>NAVIGATORS SPECIALTY INSURANCE COMPANY |
| Dated: September 11, 2015 | | /s/ Raoul Kennedy<br>Allen Ruby<br>Raoul Kennedy<br>James P. Schaefer<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Attorneys for Defendant<br>INTUITIVE SURGICAL, INC. |
| Dated: September 11, 2015 | | /s/Ronald P. Schiller<br>Ronald P. Schiller<br>Sharon F. McKee<br>Jacqueline R. Dungee<br>HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER<br><br>GARY T. LAFAYETTE<br>APRIL P. SANTOS<br>**LAFAYETTE & KUMAGAI LLP**<br>101 Mission Street, Suite 600<br>San Francisco, California  94105<br>Telephone:  (415) 357-4600<br>Facsimile:  (415) 357-4605<br>glafayette@lkclaw.com<br>asantos@lkclaw.com<br><br>Attorneys for Plaintiff<br>IRONSHORE SPECIALTY INSURANCE COMPANY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 15, 2015

By: _____
Hon. Jon S. Tigar
U.S. DISTRICT COURT JUDGE

**FILER'S ATTESTATION**

I, Raoul D. Kennedy, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING COURT DATES. In compliance with Local Rule 5-1(i)(3), I hereby attest that all party signatories hereto concur in this filing.

/s/ *Raoul D. Kennedy*
Raoul D. Kennedy