UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　Defendant.<br><br>AND CONSOLIDATED CASES | Case Nos.  13-cv-04863-JST; 13-cv-5801-JST; 15-cv-4834-JST<br><br>**CASE MANAGEMENT ORDER** |

Yesterday the Court conducted a case management conference concerning the scheduling of the trial or trials in these consolidated cases.  Having carefully considered both the parties' case management statements, ECF Nos. 106 &107, and their arguments at the conference, the Court believes that further briefing is required before the Court can set a case schedule.  Accordingly, the parties are hereby ordered to brief the following issue:  Does Intuitive Surgical have a right to a jury trial under the Seventh Amendment of the United States Constitution regarding its breach of contract claim, which right would require the Court to schedule a trial on Intuitive Surgical's breach of contract claim prior to or simultaneously with a bench trial on the insurers' rescission claims?

Intuitive Surgical shall file an opening brief not to exceed 15 pages within seven court days of this order.  The insurers shall file a single joint response brief not to exceed 15 pages within

/ / /

/ / /

/ / /

1  seven court days of Intuitive's brief.  Intuitive will then have three court days to file a reply brief
2  not to exceed 5 pages.
3      IT IS SO ORDERED.
4  Dated:  January 21, 2016



JON S. TIGAR
United States District Judge