1   ALLEN RUBY (SBN 47109)
    RAOUL D. KENNEDY (SBN 40892)
2   JAMES P. SCHAEFER (SBN 250417)
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3   525 University Avenue, Suite 1400
    Palo Alto, CA 94301
4   Telephone: (650) 470-4500
    Facsimile: (650) 470-4570
5   allen.ruby@skadden.com
    raoul.kennedy@skadden.com
6   james.schaefer@skadden.com

7   Attorneys for Plaintiff/Defendant
    INTUITIVE SURGICAL, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 11 ILLINOIS UNION INSURANCE COMPANY,<br><br>12                    Plaintiff,<br><br>13          v.<br><br>14 INTUITIVE SURGICAL, INC.,<br><br>15                    Defendant. | Case No.: 3:13-cv-04863-JST<br>Complaint Filed:  October 21, 2013<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEPOSITIONS, EXPERT DISCLOSURE, AND CLOSE OF EXPERT DISCOVERY; and**<br><br>[PROPOSED] ORDER.<br><br>Hon. Jon S. Tigar |
| 17 NAVIGATORS SPECIALTY INSURANCE CO.,<br><br>18                    Plaintiff,<br><br>19          v.<br><br>20 INTUITIVE SURGICAL, INC.,<br><br>21                    Defendant. | Case No.: 3:13-cv-05801-JST<br>Complaint Filed:  December 16, 2013 |
| 22 INTUITIVE SURGICAL, INC.,<br><br>23                    Plaintiff,<br><br>24          v.<br><br>25 ILLINOIS UNION INSURANCE COMPANY;<br>26 NAVIGATORS SPECIALTY INSURANCE CO.,<br><br>27                    Defendants. | Case No.: 3:15-cv-04834-JST<br>Complaint Filed:  October 20, 2015 |

28

1    Plaintiff/Defendant Intuitive Surgical, Inc. ("Intuitive") and Plaintiffs/Defendants Illinois

2 Union Insurance Company ("Illinois Union") and Navigators Specialty Insurance Company

3 ("Navigators") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to extend the

4 time for depositions, for disclosure of experts and rebuttal experts, and for the close of expert

5 discovery.

6    WHEREAS, as currently scheduled, the deadline to take depositions in Case Nos. 3:13-cv-

7 04863-JST and 3:13-cv-05801-JST is January 29, 2016;

8    WHEREAS, the parties have been diligently working on finding dates for the depositions of

9 two Illinois Union witnesses since at least early November, 2015;

10    WHEREAS, Illinois Union's witnesses are available for deposition on February 17 and 19,

11 2016;

12    WHEREAS, given the difficulty in scheduling, Illinois Union requested an extension for

13 the deadline to take depositions, to which Intuitive and Navigators agreed;

14    WHEREAS, the Court held a case management conference on January 20, 2016;

15    WHEREAS, at the January 20, 2016 cases management conference, the Court ordered Case

16 Nos. 3:13-cv-04863-JST and 3:13-cv-05801-JST (which had previously been consolidated) and

17 Case No. 3:15-cv-04834-JST "consolidated for all purposes other than trial" (Dkt. 109);

18    WHEREAS, in Case Nos. 3:13-cv-04863-JST and 3:13-cv-05801-JST, as currently

19 scheduled, the deadline: (i) for designation of experts is February 1, 2016, (ii) for expert reports is

20 March 1, 2016, (iii) for designation of rebuttal experts is April 1, 2016, (iv) for rebuttal expert

21 reports is April 15, 2016, and (v) for the close of expert discovery is May 15, 2016;

22    WHEREAS, given the recent case consolidations and in the interest of efficiency, the

23 parties have agreed to extend the deadline: (i) for disclosure of expert testimony until April 29,

24 2016, (ii) for disclosure of rebuttal expert testimony until May 30, 2016, and (iii) for the close of

25 expert discovery until June 30, 2016;

26

27

28

1    WHEREAS, the parties have agreed that all parties are free to disclose and use expert

2 testimony earlier than the agreed-upon deadlines to oppose any motion for summary judgment

3 provided the disclosing party makes its expert available for deposition;

4    NOW THEREFORE, the parties, through the undersigned counsel, hereby stipulate with

5 respect to the deadlines previously imposed in Case Nos. 3:13-cv-04863-JST and 3:13-cv-05801-

6 JST as follows:

7    •    that the deadline for taking depositions is extended to February 19, 2016;

8    •    that the deadline for disclosure of expert testimony is extended to April 29, 2016;

9    •    that the deadline for disclosure of rebuttal expert testimony is extended to May 30,

10 2016;

11    •    that the deadline for close of expert discovery is extended to June 30, 2016;

12    The parties' proposed time modifications would impact the deadlines in Case Nos. 3:13-cv-

13 04863-JST and 3:13-cv-05801-JST as follows:

14

| Event | Current Schedule | New Schedule |
|-------|------------------|--------------|
| Deadline for Taking Depositions | 1/29/2016 | 2/19/2016 |
| Designation of Experts / Expert Reports Due | 2/1/2016 / 3/1/2016 | 4/29/2016 |
| Designation of Rebuttal Experts / Rebuttal Reports Due | 4/1/2016 / 4/15/2016 | 5/30/2016 |
| Close of Expert Discovery | 5/15/2016 | 6/30/2016 |

22 DATED: January 25, 2016.

23                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

24

25    By: _____ */s/ James P. Schaefer* _____
                    Attorneys for Plaintiff/Defendant
26                    INTUITIVE SURGICAL, INC.

27

28

2

COZEN O'CONNOR


By: _____/s/ Charles Wheeler_____
Attorneys for Plaintiff/Defendant
ILLINOIS UNION INSURANCE COMPANY

HINSHAW & CULBERTSON LLP


By: _____/s/ John S. Pierce_____
Attorneys for Plaintiff/Defendant
NAVIGATORS SPECIALTY INSURANCE COMPANY

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/  James P. Schaefer

3

1

### [PROPOSED] ORDER

2

### PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS

3

**ORDERED THAT:**

4

The prior deadlines in Case Nos. 3:13-cv-04863-JST and 3:13-cv-05801-JST are amended as

5

follows:

6

| Event | Current Schedule | New Schedule |
|---|---|---|
| Deadline for Taking Depositions | 1/29/2016 | 2/19/2016 |
| Designation of Experts / Expert Reports Due | 2/1/2016 / 3/1/2016 | 4/29/2016 |
| Designation of Rebuttal Experts / Rebuttal Reports Due | 4/1/2016 / 4/15/2016 | 5/30/2016 |
| Close of Expert Discovery | 5/15/2016 | 6/30/2016 |

7

8

9

10

11

12

13

14  DATED: January 25, 2016



15

16                                                                                                    Judge

17                                                        Judge Jon S. Tigar

18

19

20

21

22

23

24

25

26

27

28

---

**[PROPOSED] ORDER EXTENDING TIME RE: DEPOSITIONS**      **CASE NOS.: 3:13-CV-04863-JST; 3:13-CV-05801-JST; 3:15-CV-04834-JST**

520777-PALSR01A - MSW