```
Thomas M. Jones, Pro Hac Vice
Charles E. Wheeler, CSB No. 82915
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619.234.1700
Facsimile: 619.234.7831
tjones@cozen.com
cwheeler@cozen.com
```

Attorneys for Plaintiff
Illinois Union Insurance Company

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No.: 3:13-cv-04863-JST<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS (PLAINTIFF INSURERS' MOTIONS FOR SUMMARY JUDGMENT RE: RESCISSION); and**<br><br>**[~~PROPOSED~~] ORDER.** |

Plaintiffs Illinois Union Insurance Company ("Illinois Union") and Navigators Specialty Insurance Company ("Navigators") (collectively the "Insurers") and Defendant Intuitive Surgical, Inc. ("Intuitive") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to extend the time to file any opposition and reply briefs regarding the Insurers' summary judgment motions on rescission (the "Motions").

WHEREAS, on March 15, 2016, Illinois Union and Navigators filed and served their Motions and set the Motions for hearing on May 26, 2016;

WHEREAS, as currently scheduled, Intuitive's oppositions to the Insurers' Motions would be due March 29, 2016 and the Insurers' replies would be due April 5, 2016;

WHEREAS, all parties have agreed to a mutual one-week extension for both Intuitive's oppositions and the Insurers' replies;

Now therefore, the parties, through their undersigned counsel, hereby stipulate as follows:

- That the deadline for filing any opposition(s) to the Insurers' Motions be extended by one week to April 5, 2016; and

- That the deadline for filing any reply(ies) in support of the Insurers' Motions be extended by one week to April 19, 2016.

DATED: March 16, 2016

COZEN O'CONNOR

By: _____/s/ Charles E. Wheeler_____
Attorneys for Plaintiff ILLINOIS UNION INSURANCE COMPANY


HINSHAW & CULBERTSON LLP

By: _____/s/ John S. Pierce_____
Attorneys for Plaintiff NAVIGATORS SPECIALTY INSURANCE COMPANY


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ James P. Schaefer_____
Attorneys for Defendant INTUITIVE SURGICAL, INC.

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Charles E. Wheeler

# [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:**

1. The deadline for filing any opposition(s) to the Insurers' Motions for summary judgment on rescission be extended by one week to April 5, 2016; and

2. The deadline for filing any reply(ies) in support of the Insurers' Motions for summary judgment on rescission be extended by one week to April 19, 2016.

**IT IS SO ORDERED.**

DATED: March 16, 2016



The Honorable Jon. S. Tigar
United States District Court Judge