United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-04863-JST<br><br>**ORDER DIRECTING CLERK TO TERMINATE ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: ECF Nos. 123, 124 |

　　　　The Court directs the Clerk of the Court to terminate the administrative motions to file under seal at docket numbers 123 and 124. The Motions fail to comply with this Court's Standing Order Governing Administrative Motions to File Under Seal (cand.uscourts.gov/jstorders), as well as the Local Rules. In particular, the Court notes that Local Rule 79-5(d)(1)(A) provides: "Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable." In addition, this Court's Standing Order requires "[a]n identification of each document, documents, or portions of documents proposed to be sealed or redacted," as well as a "statement identifying the entity that has designated the materials to be sealed as confidential." "If a party seeks to seal numerous documents, the Court will consider a chart that identifies the entity that designated each document as confidential." Additionally, the Court notes that Local Rule 79-5(b) requires requests to be "narrowly tailored to seek sealing only of sealable material." The filing parties are directed to re-file after consulting the Standing Order and Local Rules.

///

///

This Order does not operate as a denial for purposes of Civil Local Rule 79-5(f).

Dated:  March 23, 2016

```
                                    _____
                                            JON S. TIGAR
                                       United States District Judge
```