1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7
ILLINOIS UNION INSURANCE
COMPANY, et al.,

Case No. 13-cv-04863-JST

8
Plaintiffs,

9
v.

**ORDER GRANTING IN PART AND DENYING IN PART INTUITIVE'S MOTION TO FILE UNDER SEAL**

10
INTUITIVE SURGICAL, INC.,

Re: ECF No. 144

11
Defendant.

12

13
Intuitive Surgical, Inc. ("Intuitive") moves to file under seal portions of its Opposition to

14
Illinois Union Insurance Company's ("Illinois Union") and Navigators Specialty Insurance

15
Company's ("Navigators") motions for summary judgment, as well as portions of the exhibits

16
attached to Intuitive's opposition briefs.  ECF No. 144.  Intuitive and Ironshore Specialty

17
Insurance Company ("Ironshore") have filed declarations in support of sealing.  ECF Nos. 144-1,

18
149.  The Court grants the motion in part and denies the motion in part.

19
A party seeking to seal a document filed with the court must (1) comply with Civil Local

20
Rule 79-5; and (2) rebut the "a strong presumption in favor of access" that applies to all

21
documents other than grand jury transcripts or pre-indictment warrant materials.  Kamakana v.

22
City & Cnty. of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006) (citation and internal quotations

23
omitted).

24
With respect to the first prong, Local Rule 79-5 requires, as a threshold, a request that

25
(1) "establishes that the document, or portions thereof, are privileged, protectable as a trade secret

26
or otherwise entitled to protection under the law"; and (2) is "narrowly tailored to seek sealing

27
only of sealable material."  Civil L.R. 79-5(b).  An administrative motion to seal must also fulfill

28

1  the requirements of Civil Local Rule 79-5(d).  "Reference to a stipulation or protective order that

2  allows a party to designate certain documents as confidential is not sufficient to establish that a

3  document, or portions thereof, are sealable."  Civil L.R. 79-5(d)(1)(A).

4       With respect to the second prong, the showing required for overcoming the strong

5  presumption of access depends on the type of motion to which the document is attached.  "[A]

6  'compelling reasons' standard applies to most judicial records.[1]  This standard derives from the

7  common law right 'to inspect and copy public records and documents, including judicial records

8  and documents.'"  Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010) (quoting

9  Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 597 n.7 (1978)).  To overcome this strong

10  presumption, the party seeking to seal a judicial record must "articulate compelling reasons

11  supported by specific factual findings that outweigh the general history of access and the public

12  policies favoring disclosure."  Kamakana, 447 F.3d at 1178–79 (internal citations omitted).

13       After reviewing Intuitive's motion to file under seal, the parties' declarations in support of

14  sealing, and the redacted and unredacted versions of the underlying exhibits, the Court concludes

15  that only certain portions of the attached exhibits are properly sealable, as outlined in the table

16  below.  Regarding the portions that the Court has concluded are properly sealable, the Court finds

17  that Intuitive's requests are "narrowly tailored to seek sealing only of sealable material."  Civil

18  L.R. 79-5(b).  The Court also finds that Intuitive and/or Ironshore have articulated "compelling

19  reasons" for sealing these portions.  See ECF Nos. 144-1, 149.

20

21

22

23

24

25

---

26  [1] On the other hand, records attached to motions that are only "tangentially related to the merits of
a case" are not subject to the strong presumption of access.  Ctr. for Auto Safety v. Chrysler Grp.,

27  LLC, 809 F.3d 1092, 1101 (9th Cir. 2016).  Instead, a party need only make a showing under the
good cause standard of Rule 26(c) to justify the sealing of the materials.  Id. at 1097.  A court

28  may, for good cause, keep documents confidential "to protect a party or person from annoyance,
embarrassment, oppression, or undue burden or expense."  Fed. R. Civ. P. 26(c).

United States District Court
Northern District of California

| DOCUMENT | PORTIONS SOUGHT TO BE SEALED | GRANTED/DENIED |
|---|---|---|
| Intuitive's Opposition to Illinois Union Motion | Lines 3:14-15; 7:10; 7:14-16; 8:17-18; 8:21-22; 8:27-28; 9:1-2; 9:3-4; 9:6-7; 9:10-16; 10:1-4; 10:16-18; 11:6-9; 11:12-15; 11:17-24; 11:26; 12:1; 13:15-19; 14:22-23; 14:25-28; 25:9-14 | Denied: not supported by a declaration |
| | Lines 7:6 | Denied: not supported by a declaration |
| | Lines 7:7-8 | Denied: not supported by a declaration |
| Intuitive's Opposition to Navigators Motion | Lines 4:17-19 | Granted |
| | Lines 11:3-5 | Denied: not supported by a declaration |
| | Line 11:26 | Granted |
| | Lines 17:27-28 | Granted |
| | Lines 19:18-21 | Granted |
| Declaration of Erika E. Schmidt In Support of Intuitive's Oppositions to Illinois Union's and Navigators' Motions ("Schmidt Declaration") | Lines 4:12-17 | Denied: not supported by a declaration |
| | Lines 6:1-2 | Denied: not supported by a declaration |
| | Lines 15:4-7, 15:9-12; 15:14-16; 15:18-19; 15:21-23; 15:25-27 | Denied: not supported by a declaration |
| | Lines 17:12-14 | Denied: purported reasons for sealing do not apply |
| | Lines 19:17-19 | Denied: not supported by a declaration |
| | Lines 32:7-8 | Denied: not supported by a declaration |
| Ex. 4 to Schmidt Declaration | Pages 107 and 188 of excerpts from the certified deposition transcript of Mark Cheffo | Granted |
| Ex. 6 to Schmidt | Entire Exhibit | Granted |

3

United States District Court
Northern District of California

| Declaration | Page 43 of excerpts from the certified deposition transcript of Sara Hua Forum | Granted |
|---|---|---|
| Ex. 8 to Schmidt Declaration | Pages 88 and 89 of excerpts from the certified deposition transcript of Mark Cheffo | Granted |
| Ex. 11 to Schmidt Declaration | Pages 88 and 89 of excerpts from the certified deposition transcript of Mark Cheffo | Granted |
| Ex. 12 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 13 to Schmidt Declaration | Entire Exhibit | Granted as to pages 14–21, 47–48; denied as to the remainder as not supported by a declaration |
| | Deposition Exhibit 27 (IRONSHORE-SBP0000909; IRONSHORE-SBP0000912-929) | Granted as to IRONSHORE-SBP0000912-929; denied as to IRONSHORE-SBP0000909 as not supported by Intuitive's declaration |
| Ex. 14 to Schmidt Declaration | Excerpt at ISI-IRNSHR-136610 | Granted |
| | ISI-IRNSHR-136621 – ISI-IRNSHR-136632 | Granted |
| Ex. 15 to Schmidt Declaration | All excerpts from the certified deposition transcript of Alicia Bromfield | Granted as to page 14–21, 42–43, 47–49; denied  as to all other portions as not supported by Ironshore's declaration |
| | Pages 48-49 of excerpts from the certified deposition transcript of Alicia Bromfield | Granted |
| | Deposition Exhibit 56 (IRONSHORE0002638 – IRONSHORE0002654) | Denied: not supported by a declaration |
| | IRONSHORE0004860 – IRONSHORE0002871 | Granted |
| Ex. 16 to Schmidt Declaration | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
| | Deposition Exhibit 323 (IUIC011660 – IUIC011661) | Granted |

4

| | | |
|---|---|---|
| Ex. 17 to Schmidt Declaration | WS-NAV00106 – WS-NAV00143 | Granted |
| Ex. 18 to Schmidt Declaration | Pages 211 – 213, and 226 – 229 of excerpts from the certified deposition transcript of Regina Roque | Granted |
| Ex. 19 to Schmidt Declaration | Deposition Exhibit 125 (WS—ACE00111 – WS-ACE00151) | Granted |
| Ex. 20 to Schmidt Declaration | Redactions throughout entire exhibit | Granted |
| Ex. 21 to Schmidt Declaration | Deposition Exhibit 125 (WS—ACE00111 – WS-ACE00151) | Granted |
| | Redactions throughout Deposition Exhibit 101 (WS-ACE00857 – WS-ACE00872) | Granted |
| | Redactions throughout Deposition Exhibit 126 (IUIC 000634 – IUIC 000634 – A13) | Granted |
| | Deposition Exhibit 127 (IUIC 000625 – IUIC 000626) | Granted |
| | Deposition Exhibit 129 (IUIC 001597 – IUIC 001605) | Granted |
| | All excerpts from the certified deposition transcript of James Silas and Laura Sunderlin | Denied: not supported by a declaration |
| Ex. 22 to Schmidt Declaration | Deposition Exhibit 139 (IUIC 001750 – IUIC 001757) | Granted |
| | Redactions throughout Deposition Exhibit 101 (WS-ACE00857 – WS-ACE00872) | Granted |
| Ex. 23 to Schmidt Declaration | All excerpts from the certified deposition transcript of Robert Romeo; all excerpts from the certified deposition transcript of Andrew Barrengos | Denied: not supported by a declaration |
| | Deposition Exhibit 19 (IRONSHORE-SBP0001081 – IRONSHORE-SBP0001120) | Granted as to Ironshore-SBP 1084; denied as to remainder as not supported by a declaration |

United States District Court
Northern District of California

| Ex. 24 to Schmidt Declaration | Deposition Exhibit 125 (WS—ACE00111 – WS-ACE00151) | Granted |
|---|---|---|
| Ex. 26 to Schmidt Declaration | All excerpts from the certified deposition transcript of Andrew Barrengos | Denied: not supported by a declaration |
| Ex. 27 to Schmidt Declaration | Entire Exhibit | Granted as to the insurance application; denied as to the deposition transcript as not supported by a declaration |
| Ex. 28 to Schmidt Declaration | Deposition Exhibit Silas 349 (IUCI007878 -- IUIC007955) | Denied: not supported by a declaration |
| Ex. 30 to Schmidt Declaration | Page 159 of excerpts from the certified deposition transcript of Brian Gawle | Granted |
| | WS-NAV00106 – WS-NAV00143 | Granted |
| Ex. 33 to Schmidt Declaration | Pages 88 and 89 of excerpts from the certified deposition transcript of Mark Cheffo | Granted |
| Ex. 36 to Schmidt Declaration | All excerpts from the certified deposition transcript of Sara Roitman | Granted |
| Ex. 39 to Schmidt Declaration | Page 159 of excerpts from the certified deposition transcript of Brian Gawle | Granted |
| Ex. 41 to Schmidt Declaration | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
| | All excerpts from the certified deposition transcript of Andrew Barrengos | Denied: not supported by a declaration |
| Ex. 42 to Schmidt Declaration | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
| Ex. 44 to Schmidt Declaration | IRONSHORE-SBP0000203 | Granted |
| | IRONSHORE0006895 | Denied: not supported by a declaration |

6

United States District Court
Northern District of California

| | | |
|---|---|---|
| Ex. 45 to Schmidt Declaration | Entire Exhibit | Granted as to pages 7–8, 14–18, 167–168, and 234 of the Linda McLaughlin deposition transcript; denied as to the remainder of the exhibit as not supported by a declaration |
| | Pages 167 from the certified deposition transcript of Linda McLaughlin | Granted as to pages 7–8, 14–18, 167–168, and 234 of the Linda McLaughlin deposition transcript; denied as to the remainder of the exhibit as not supported by a declaration |
| | Pages 168, 234 from the certified deposition transcript of Linda McLaughlin | Granted as to pages 7–8, 14–18, 167–168, and 234 of Linda McLaughlin deposition transcript; denied as to the remainder of the exhibit as not supported by a declaration |
| Ex. 46 to Schmidt Declaration | All excerpts from the certified deposition transcript of Andrew Barrengos | Denied: not supported by a declaration |
| | IRONSHORE0006895 | Denied: not supported by a declaration |
| | IRONSHORE0007150 | Granted |
| | All excerpts from the certified deposition transcript of Linda McLaughlin | Granted as to pages 7–8 and 14–18 |
| | Deposition Exhibit 18 (WS-NAV00631 – WS-NAV00632) | Granted |
| Ex. 47 to Schmidt Declaration | All excerpts from the certified deposition transcript of Andrew Barrengos | Denied: not supported by a declaration |
| Ex. 48 to Schmidt Declaration | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
| Ex. 49 to Schmidt Declaration | All excerpts from the certified deposition transcript of Laura Sunderlin | Denied: not supported by a declaration |
| | Redactions throughout Deposition Exhibit 126 (IUIC 000634 – IUIC 000634 – A13) | Granted |

United States District Court
Northern District of California

|  |  |  |
|---|---|---|
|  | Deposition Exhibit 127 (IUIC 000625 – IUIC 000626) | Granted |
|  | Deposition Exhibit 139 (IUIC 001750 – IUIC 001757) | Granted |
| Ex. 51 to Schmidt Declaration | Deposition Exhibit 110 (IUIC 000666 -- 000666 A2) | Granted |
| Ex. 52 to Schmidt Declaration | Entire Exhibit | Denied for failure to narrowly tailor portions sought to be sealed |
| Ex. 55 to Schmidt Declaration | Pages 50-53 of excerpts from the certified deposition transcript of Tristan Gabriel (30(b)(6) witness) | Denied: not supported by a declaration |
| Ex. 56 to Schmidt Declaration | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
|  | Pages 131-132 of excerpts from the certified transcript of Tristan Gabriel | Denied: not supported by a declaration |
|  | WS-ACE00823 – WS-ACE00844 | Granted |
| Ex. 57 to Schmidt Declaration | Pages 50-53 of excerpts from the certified deposition transcript of Tristan Gabriel (30(b)(6) witness) | Denied: not supported by a declaration |
|  | WS-ACE00823 – WS-ACE00844 | Granted |
| Ex. 59 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 60 to Schmidt Declaration | Pages 131-132 of excerpts from the certified deposition transcript of Tristan Gabriel | Denied: not supported by a declaration |
|  | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |

| | | |
|---|---|---|
| Ex. 61 to Schmidt Declaration | Pages 131-132 of excerpts from the certified deposition transcript of Tristan Gabriel | Denied: not supported by a declaration |
| | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
| Ex. 62 to Schmidt Declaration | Pages 50-53 of excerpts from the certified deposition transcript of Tristan Gabriel (30(b)(6) witness) | Denied: not supported by a declaration |
| | Deposition Exhibit 393 (IUIC020789 -- IUIC020798) | Granted |
| Ex. 63 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| | Deposition Exhibit 321 (IUIC011077 – IUIC011083) | Granted |
| Ex. 64 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| | Deposition Exhibit 323 (IUIC011660) | Granted |
| Ex. 65 to Schmidt Declaration | Pages 58-61 of excerpts from the certified deposition transcript of Steven DiLiberto | Denied: not supported by a declaration |
| | Deposition Exhibit 350 (IUIC014675 – 14678) | Denied: not supported by a declaration |
| | Deposition Exhibit 324 (IUIC012349 – 12353) | Denied: not supported by a declaration |
| | Deposition Exhibit 356 (IUIC014697 – 14701) | Denied: not supported by a declaration |
| | Deposition Exhibit 357 (IUIC014702 -- 14707) | Denied: not supported by a declaration |
| | Deposition Exhibit 358 (IUIC014712 -- 14716) | Denied: not supported by a declaration |

United States District Court
Northern District of California

| | Deposition Exhibit 359 (IUIC014708 – 14711) | Denied: not supported by a declaration |
|---|---|---|
| | All excerpts from the certified deposition transcripts of James Silas and Robert Romeo | Denied: not supported by a declaration |
| Ex. 66 to Schmidt Declaration | Deposition Exhibit 326 (IUIC010958 – IUIC01096) | Granted |
| | Deposition Exhibit 361 (IUIC014519 – IUIC014521) | Granted |
| Ex. 67 to Schmidt Declaration | Pages 226 – 229 of excerpts from the certified deposition transcript of Regina Roque | Granted |
| Ex. 69 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 70 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 71 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 72 to Schmidt Declaration | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
| Ex. 74 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 75 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 76 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 77 to Schmidt Declaration | Page 74 of excerpts from the certified deposition transcript of Laura Sunderlin | Granted |
| | Pages 20-21 of excerpts from the certified deposition transcript of Tristan Gabriel | Denied: not supported by a declaration |

United States District Court
Northern District of California

| | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
|---|---|---|
| Ex. 78 to Schmidt Declaration | Page 74 of excerpts from the certified deposition transcript of Laura Sunderlin | Granted |
| | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
| Ex. 79 to Schmidt Declaration | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
| Ex. 80 to Schmidt Declaration | Page 115 and 117 of excerpts from the certified deposition transcript of Laura Sunderlin | Granted |
| Ex. 82 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 83 to Schmidt Declaration | All excerpts from the certified deposition transcript of James Silas | Denied: not supported by a declaration |
| Ex. 85 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 86 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 87 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 89 to Schmidt Declaration | All excerpts from the certified deposition transcript of Tristan Gabriel and James Silas | Denied: not supported by a declaration |
| Ex. 90 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 91 to Schmidt Declaration | Entire Exhibit | Denied for failure to narrowly tailor portions sought to be sealed |

| | | |
|---|---|---|
| Ex. 92 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 94 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 95 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 96 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 97 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 98 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 99 to Schmidt Declaration | IUIC014742 – IUIC014755 | Denied: not supported by a declaration |
| Ex. 100 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 102 to Schmidt Declaration | Pages 138-140 of excerpts from the certified deposition transcript of Tristan Gabriel | Denied: not supported by a declaration |
| Ex. 103 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 105 to Schmidt Declaration | IUIC014717 – IUIC014741 | Denied: not supported by a declaration |
| Ex. 109 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 110 to Schmidt Declaration | Page 88 of excerpts from the certified deposition transcript of Steven DiLiberto | Denied: not supported by a declaration |

United States District Court
Northern District of California

| | | |
|---|---|---|
| Ex. 118 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 119 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 121 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 122 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 123 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 124 to Schmidt Declaration | Entire Exhibit | Denied for failure to narrowly tailor portions sought to be sealed |
| Ex. 125 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| | Deposition Exhibit 402 (IUIC017666) | Denied for failure to narrowly tailor portions sought to be sealed |
| Ex. 126 to Schmidt Declaration | All excerpts from the certified deposition transcript of Steven DiLiberto. | Denied: not supported by a declaration |
| | Deposition Exhibit 402 (IUIC017666) | Denied for failure to narrowly tailor portions sought to be sealed |
| Ex. 141 to Schmidt Declaration | Redactions throughout entire exhibit | Granted |
| Ex. 142 to Schmidt Declaration | Page 5:24-6:2; 6:16-23; 9:14; 10:2-5; 10:21-24 | Granted |
| Ex. 143 to Schmidt Declaration | WS-NAV00028 – WS-NAV00068 | Granted |
| Ex. 144 to Schmidt Declaration | Pages 105-107 of excerpts from the certified deposition transcript of Jeff Mayes | Denied: not supported by a declaration |

United States District Court
Northern District of California

| | | |
|---|---|---|
| Ex. 145 to Schmidt Declaration | Entire Exhibit | Granted |
| Ex. 146 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| Ex. 149 to Schmidt Declaration | All excerpts from the certified deposition transcripts of Regina Roque and Andrew Barrengos | Denied: not supported by a declaration |
| | Pages 74-81 of excerpts from the certified deposition transcripts of Regina Roque. | Granted |
| Ex. 150 to Schmidt Declaration | Page 127 of excerpts from the certified deposition transcript of Nicky Espinosa Hayes | Granted |
| Ex. 152 to Schmidt Declaration | Redactions throughout Deposition Exhibit 101 (WS-ACE00857 – WS-ACE00872) | Granted |
| | Page 78 of excerpts from the certified deposition transcript of Robert Romeo | Denied: not supported by a declaration |
| Ex. 157 to Schmidt Declaration | Pages 26-33 of excerpts from the certified deposition transcript of Regina Roque | Granted |
| Ex. 158 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |
| | Deposition Exhibit 153 (WS-NAV00607 – WS-NAV00608) | Granted |
| | Deposition Exhibit 157 (WS-ACE00331 –WS-ACE00335) | Granted |
| | Page 139 of excerpts from the certified deposition transcript of Andrew Barrengos | Granted |
| | All excerpts from the certified deposition transcript of Regina Roque | Denied for failure to narrowly tailor portions sought to be sealed |
| Ex. 159 to Schmidt Declaration | Entire  Exhibit | Granted as to pages 7–8 and 14–18 of the Linda McLaughlin deposition transcript; denied as to the remainder of the exhibit as not supported by a declaration |

| | Page 101 of excerpts from the certified deposition transcript of Linda McLaughlin | Granted |
|---|---|---|
| Ex. 160 to Schmidt Declaration | Entire Exhibit | Denied: not supported by a declaration |

Regarding the documents for which the Court has granted Intuitive's motion to seal, "the document filed under seal will remain under seal and the public will have access only to the redacted version, if any, accompanying the motion."  Civil L. R. 79-5(f)(1).

With respect to many of the documents above, Intuitive sought to file the document under seal because another party designated the material as confidential.  Local Rule 79-5 requires that, within four days of the filing of the administrative motion to file under seal, the designating party file a declaration establishing that the designated material is sealable.  Only Ironshore filed such a declaration.  ECF No. 149.  With respect to those exhibits for which no supporting declaration was filed, the Court has denied Intuitive's motion noting that the exhibit was "not supported by a declaration."  Should any party other than Ironshore wish to file a supporting declaration, the Court will reconsider Intuitive's motion with respect to those exhibits identified in the newly filed declaration(s).  If no such declaration is filed within seven days of the filing date of this Order, Intuitive may file the documents in the public record.

The Court will not consider those portions of the documents for which the Court has denied Intuitive's motion to seal unless Intuitive files the document in the public record without the redactions the Court has rejected, in conformance with this Order, within fourteen days from the date of this Order.

IT IS SO ORDERED.

Dated: April 21, 2016

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California