ALLEN RUBY (SBN 47109)
RAOUL D. KENNEDY (SBN 40892)
JAMES P. SCHAEFER (SBN 250417)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
allen.ruby@skadden.com
raoul.kennedy@skadden.com
james.schaefer@skadden.com

Attorneys for Plaintiff/Defendant
INTUITIVE SURGICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant. | CASE NO.: 3:13-cv-04863-JST<br><br>**JOINT STIPULATION TO VACATE DEADLINES FOR EXPERT DISCLOSURE AND CLOSE OF EXPERT DISCOVERY; and**<br><br>[PROPOSED] **ORDER.**<br><br>Complaint Filed: October 21, 2013<br><br>Judge:   Hon. Jon S. Tigar |
| NAVIGATORS SPECIALTY INSURANCE CO.,<br><br>    Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>    Defendant. | CASE NO.: 3:13-cv-05801-JST<br><br>Complaint Filed: December 16, 2013 |
| INTUITIVE SURGICAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY; NAVIGATORS SPECIALTY INSURANCE CO.,<br><br>    Defendants. | CASE NO.: 3:15-cv-04834-JST<br><br>Complaint Filed: October 20, 2015 |

1   Plaintiff/Defendant Intuitive Surgical, Inc. ("Intuitive") and Plaintiffs/Defendants Illinois Union Insurance Company ("Illinois Union") and Navigators Specialty Insurance Company ("Navigators") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to vacate the current deadlines for disclosure of experts and rebuttal experts and for the close of expert discovery in the rescission actions, Case Nos. 3:13-cv-04863-JST and 3:13-cv-05801-JST, pending this Court's May 26, 2016 case management conference.

WHEREAS, the Court held a case management conference on January 20, 2016;

WHEREAS, at the January 20, 2016 case management conference, the Court ordered Case Nos. 3:13-cv-04863-JST and 3:13-cv-05801-JST (which had previously been consolidated) and Case No. 3:15-cv-04834-JST "consolidated for all purposes other than trial" (Dkt. 109);

WHEREAS, in Case Nos. 3:13-cv-04863-JST and 3:13-cv-05801-JST, as currently scheduled, the deadline: for (i) the designation of experts and expert reports is April 29, 2016; (2) the designation of rebuttal experts and rebuttal expert reports is May 30, 2016, and (iii) the close of expert discovery is June 30, 2016 (Dkt. 112);

WHEREAS, on April 14, 2016, the Court ordered that it would "conduct a jury trial of Intuitive's breach of contract and bad faith claims [Case No. 3:15-cv-04834-JST] prior to a separate trial on the Insurers' rescission claims [Case Nos. 3:13-cv-04863-JST and 3:13-cv-05801-JST]" (Dkt. 153);

WHEREAS, on April 14, 2016, the Court vacated the trial date for the rescission actions, previously scheduled for July 5, 2016 (Dkt. 153);

WHEREAS, on April 14, 2016, the Court set a case management conference for May 26, 2016 (Dkt. 153);

WHEREAS, no dates or deadlines for expert disclosure, expert reports, or trial have been set in Case No. 3:15-cv-04834-JST;

WHEREAS, the parties have met and conferred and have agreed, as a matter of efficiency, that there should be one set of expert deadlines for all three cases;

WHEREAS, the parties have agreed to submit a proposed schedule with one set of expert

deadlines for all cases with the joint case management statement due ten court days prior to the May 26, 2016 case management conference.

NOW THEREFORE, the parties, through the undersigned counsel, hereby stipulate with respect to the deadlines previously imposed in Case Nos. 3:13-cv-04863-JST and 3:13-cv-05801-JST as follows:

- that the following deadlines be taken off calendar:
    - the April 29, 2016 deadline for disclosure of expert testimony;
    - the May 30, 2016 deadline for disclosure of rebuttal expert testimony ;
    - the June 30, 2016 deadline for close of expert discovery;
- that the parties will submit a proposed schedule to the Court with one set of expert deadlines for all cases with the joint case management statement due ten court days prior to the May 26, 2016 case management conference.

The parties' proposed time modifications would impact the deadlines in Case Nos. 3:13-cv-04863-JST and 3:13-cv-05801-JST as follows:

| Event | Current Schedule | New Schedule |
| --- | --- | --- |
| Designation of Experts / Expert Reports Due | 4/29/2016 | *TBD* |
| Designation of Rebuttal Experts / Rebuttal Reports Due | 5/30/2016 | *TBD* |
| Close of Expert Discovery | 6/30/2016 | *TBD* |

DATED: April 26, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ James P. Schaefer_____
Attorneys for Plaintiff/Defendant
INTUITIVE SURGICAL, INC.

COZEN O'CONNOR

By: _/s/ Charles Wheeler_
Attorneys for Plaintiff/Defendant
ILLINOIS UNION INSURANCE COMPANY

HINSHAW & CULBERTSON LLP

By: _/s/ John S. Pierce_
Attorneys for Plaintiff/Defendant
NAVIGATORS SPECIALTY INSURANCE COMPANY

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

_/s/ James P. Schaefer_

3

JOINT STIP. RE: VACATING DEADLINES FOR EXPERT DISCLOSURE AND EXPERT DISCOVERY         CASE NO.: 3:13-CV-04863-JST

# [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:

The prior deadlines in Case Nos. 3:13-cv-04863-JST and 3:13-cv-05801-JST are amended as follows:

| Event | Current Schedule | New Schedule |
| --- | --- | --- |
| Designation of Experts / Expert Reports Due | 4/29/2016 | *TBD* |
| Designation of Rebuttal Experts / Rebuttal Reports Due | 5/30/2016 | *TBD* |
| Close of Expert Discovery | 6/30/2016 | *TBD* |

The parties shall submit a proposed schedule to the Court with one set of expert deadlines for all cases with the joint case management statement due ten court days prior to the May 26, 2016 case management conference.

DATED: April 27, 2016



The Honorable
United

[PROPOSED] ORDER VACATING DEADLINES FOR EXPERT DISCLOSURE AND EXPERT DISCOVERY

CASE NO.: 3:13-CV-04863-JST