1  ALLEN RUBY (SBN 47109)
   RAOUL D. KENNEDY (SBN 40892)
2  JAMES P. SCHAEFER (SBN 250417)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3  525 University Avenue, Suite 1400
   Palo Alto, CA 94301
4  Telephone: (650) 470-4500
   Facsimile: (650) 470-4570
5  allen.ruby@skadden.com
   raoul.kennedy@skadden.com
6  james.schaefer@skadden.com

7  Attorneys for Plaintiff/Defendant
   INTUITIVE SURGICAL, INC.
8
                 UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>  Defendant. | CASE NO.: 3:13-cv-04863-JST<br><br>**JOINT STIPULATION TO ENTER SCHEDULING ORDER; and**<br><br>**[PROPOSED] ORDER.**<br><br>Complaint Filed: October 21, 2013<br><br>Judge:    Hon. Jon S. Tigar<br>Date:     May 26, 2016<br>Time:     2:00 pm<br>Location: Courtroom 9 |
| NAVIGATORS SPECIALTY INSURANCE CO.,<br><br>  Plaintiff,<br><br>  v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>  Defendant. | CASE NO.: 3:13-cv-05801-JST<br><br>Complaint Filed: December 16, 2013 |
| INTUITIVE SURGICAL, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ILLINOIS UNION INSURANCE COMPANY;<br>NAVIGATORS SPECIALTY INSURANCE CO.,<br><br>  Defendants. | CASE NO.: 3:15-cv-04834-JST<br><br>Complaint Filed: October 20, 2015 |

1

JOINT STIPULATION TO ENTER SCHEDULING ORDER                         CASE NO.: 3:13-cv-04863-JST

Intuitive Surgical, Inc. ("Intuitive") and Illinois Union Insurance Company ("Illinois Union") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to set deadlines for consolidated actions numbered Case No. 3:13-cv-04863-JST and Case No. 3:15-cv-04834-JST, if it pleases this Court.

WHEREAS, on May 12, 2016, the parties submitted a joint case management schedule with competing proposed schedules. (Dkt. 171[1].)

WHEREAS, on May 26, 2016, this Court conducted a case management conference at which the parties' proposed schedules were discussed.

WHEREAS, the parties have met and conferred in an attempt to propose a schedule suitable to the Court's calendar.

NOW THEREFORE, the parties, through the undersigned counsel, hereby respectfully request that this Court enter the following stipulated case schedule for consolidated actions numbered Case No. 3:13-cv-04863-JST and Case No. 3:15-cv-04834-JST, if such dates are convenient to this Court:

| Event | Date |
|---|---|
| Mediation Deadline | October 15, 2016 |
| Close Of Fact Discovery | November 10, 2016 |
| Expert Reports Due | December 13, 2016 |
| Rebuttal Expert Reports Due | January 17, 2017 |
| Close Of Expert Discovery | January 31, 2017 |
| Last Day To File Dispositive Motions In Intuitive's Breach Of Contract And Bad Faith Case | February 16, 2017 |
| Last Day To File Opposition To Dispositive Motions In Intuitive's Breach Of Contract And Bad Faith Case | March 9, 2017[2] |

---

[1]   Unless otherwise indicated, all docket citations refer to the ECF docket in *Illinois Union Ins. Co. v. Intuitive Surgical, Inc.*, No. 3:13-cv-04863-JST (filed Oct. 21, 2013).

[2]   This briefing schedule of 21 days to file an Opposition and 14 days to file a Reply will apply to any Dispositive Motion filed before February 16, 2017.

| | |
|---|---|
| Last Day To File Reply to Opposition to Dispositive Motions In Intuitive's Breach Of Contract And Bad Faith Case | March 23, 2017 |
| Pretrial Conference Statement Due | May 5, 2017 |
| Pretrial Conference | May 26, 2017 |
| Jury Trial | June 19, 2017[3] |

DATED: July 26, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: ___/s/ James P. Schaefer___
Attorneys for
INTUITIVE SURGICAL, INC.

COZEN O'CONNER

By: ___/s/ Charles Wheeler___
Attorneys for
ILLINOIS UNION INSURANCE COMPANY

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

___/s/  James P. Schaefer___

---

[3] This proposed date of a jury trial is proposed subject to the Court's convenience. The parties respectfully defer to the Court's calendar.

# [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:

The Court enters the following case schedule for consolidated actions numbered Case No. 3:13-cv-04863-JST and Case No. 3:15-cv-04834-JST.:

| Event | Date |
|---|---|
| Mediation Deadline | October 15, 2016 |
| Close Of Fact Discovery | November 10, 2016 |
| Expert Reports Due | December 13, 2016 |
| Rebuttal Expert Reports Due | January 17, 2017 |
| Close Of Expert Discovery | January 31, 2017 |
| Last Day To File Dispositive Motions In Intuitive's Breach Of Contract And Bad Faith Case | February 16, 2017 |
| Last Day To File Opposition To Dispositive Motions In Intuitive's Breach Of Contract And Bad Faith Case | March 9, 2017[1] |
| Last Day To File Reply to Opposition to Dispositive Motions In Intuitive's Breach Of Contract And Bad Faith Case | March 23, 2017 |
| Pretrial Conference Statement Due | ~~May 5, 2017~~ May 12, 2017 |
| Pretrial Conference | May 26, 2017 |
| Jury Trial | June 19, 2017 |

DATED: July 27, 2016

_____
The Honorable Jon S. Tigar
United States District Court Judge

---

[1] This briefing schedule of 21 days to file an Opposition and 14 days to file a Reply will apply to any Dispositive Motion filed before February 16, 2017.