UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | Case No. 3:13-cv-05801-JST |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING NAVIGATORS' CLAIMS AGAINST INTUITIVE SURGICAL, INC. WITH PREJUDICE** |
| vs. | |
| INTUITIVE SURGICAL, INC., | Complaint Filed: December 16, 2013 |
| Defendant. | Hon. Jon S. Tigar |

1  **ORDER**

2  Pursuant to the Stipulated Request For Dismissal Of Navigators' Claims Against Intuitive

3  Surgical, Inc. With Prejudice filed by Plaintiff Navigators Specialty Insurance Company

4  ("Navigators") and Defendant Intuitive Surgical, Inc. ("Intuitive"), the Court hereby orders that

5  Navigators' Complaint for Rescission of Insurance Policy and Declaratory Relief against Intuitive

6  is dismissed with prejudice.

7  IT IS SO ORDERED.

8

9  Dated: September 15, 2016



_____
HON.
UNITED STATES DISTRICT JUDGE

1