ALLEN RUBY (SBN 47109)
RAOUL D. KENNEDY (SBN 40892)
JAMES P. SCHAEFER (SBN 250417)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
allen.ruby@skadden.com
raoul.kennedy@skadden.com
james.schaefer@skadden.com

Attorneys for Plaintiff/Defendant
INTUITIVE SURGICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:13-cv-04863-JST<br>*Hon. Jon S. Tigar*<br><br>**JOINT STIPULATION TO EXTEND MEDIATION DEADLINE FROM OCTOBER 15, 2016, TO NOVEMBER 30, 2016; AND**<br><br>**[PROPOSED] ORDER.**<br><br>*Complaint Filed: October 21, 2013*<br><br>Date:       May 26, 2016<br>Time:       2:00 Pm<br>Location:   Courtroom 9<br>Trial Date: June 19, 2017 |
| INTUITIVE SURGICAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY; NAVIGATORS SPECIALTY INSURANCE CO.,<br><br>Defendants. | CASE NO.: 3:15-cv-04834-JST<br><br>*Complaint Filed:  October 20, 2015* |

Intuitive Surgical, Inc. ("Intuitive") and Illinois Union Insurance Company ("Illinois Union") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to extend the deadline for mediation of the consolidated actions numbered Case No. 3:13-cv-04863-JST and Case No. 3:15-cv-04834-JST, if it pleases this Court.

WHEREAS, on July 26, 2016, the parties submitted a Joint Stipulation to Scheduling Order which was approved and entered by the Court on July 28, 2016  (Dkt. 186[1]).

WHEREAS, the Scheduling Order provided for a mediation deadline of October 15, 2016.

WHEREAS, the parties have been conducting fact discovery in Case No. 3:15-cv-04834-JST, which has a fact discovery cut-off date of November 10, 2016.

WHEREAS, the parties through their counsel have met and conferred, and agree that a private mediation is best conducted after the close of all fact discovery on November 10, 2016.

NOW THEREFORE, the parties, through the undersigned counsel, hereby respectfully stipulate and request that this Court extend the mediation deadline to November 30, 2016, to allow the parties adequate time to conduct a private mediation in consolidated actions numbered Case No. 3:13-cv-04863-JST and Case No. 3:15-cv-04834-JST, if this date is convenient to this Court.  This change in the deadline for mediation will not change or affect any of the other dates in the Scheduling Order entered on July 28, 2016:

| Event | Current Date | New Schedule |
|---|---|---|
| Mediation Deadline | October 15, 2016 | November 30, 2016 |

//
//
//
//
//

---

[1] Unless otherwise indicated, all docket citations refer to the ECF docket in *Illinois Union Ins. Co. v. Intuitive Surgical, Inc.*, No. 3:13-cv-04863-JST.

DATED: October 11, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ James P. Schaefer*_____
Attorneys for
INTUITIVE SURGICAL, INC.

COZEN O'CONNER

By: _____*/s/ Charles Wheeler*_____
Attorneys for
ILLINOIS UNION INSURANCE COMPANY

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/   James P. Schaefer*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER**

2

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS**

3

**ORDERED THAT:**

4

The Court enters the following modification to the case schedule for consolidated actions

5

numbered Case No. 3:13-cv-04863-JST and Case No. 3:15-cv-04834-JST:

6

7

8

| Event | Current Date | New Schedule |
|---|---|---|
| Mediation Deadline | October 15, 2016 | November 30, 2016 |

9

10

DATED: October 13, 2016

11

_____
The Honorable Jon S. Tigar

12

United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28