ALLEN RUBY (SBN 47109)
RAOUL D. KENNEDY (SBN 40892)
JAMES P. SCHAEFER (SBN 250417)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
allen.ruby@skadden.com
raoul.kennedy@skadden.com
james.schaefer@skadden.com

Attorneys for Plaintiff/Defendant
INTUITIVE SURGICAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>            Defendant. | CASE NO.:  3:13-CV-04863-JST (JCS)<br><br>**JOINT STIPULATION RE: DEADLINE TO PRODUCE EVIDENCE TO SUPPORT *BRANDT* FEES; AND**<br><br>**[PROPOSED] ORDER**<br><br>Complaint Filed: October 21, 2013<br><br>Judge:    Honorable Jon S. Tigar<br><br>Trial Date: June 19, 2017 |
| INTUITIVE SURGICAL, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>ILLINOIS UNION INSURANCE COMPANY; NAVIGATORS SPECIALTY INSURANCE CO.,<br><br>            Defendants. | CASE NO. 3:15-cv-04834-JST (JCS)<br><br>Complaint Filed:  October 20, 2015 |

Intuitive Surgical, Inc. ("Intuitive") and Illinois Union Insurance Company ("Illinois Union") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to extend the current deadline for fact discovery, with respect to the production of documents relating to *Brandt* fees only, until May 19, 2017 (30 days before trial).

WHEREAS, Intuitive is seeking *Brandt* fees in connection with its implied covenant of good faith and fair dealing claim against Illinois Union (*see Brandt v. Superior Court,* 37 Cal. 3d 813 (1985));

WHEREAS, as currently scheduled, the deadline for all fact discovery is November 10, 2016 (Dkt. 186);

WHEREAS, as currently scheduled, a jury trial is set for June 19, 2017 (Dkt. 186);

WHEREAS, the parties have met and conferred, and agree that to the extent that Intuitive produces any evidence supporting *Brandt* fees, including legal bills, invoices, or receipts, such evidence need not be produced until May 19, 2017 (30 days before trial);

NOW THEREFORE, the parties, through the undersigned counsel, hereby stipulate with respect to the deadlines previously imposed in Case No. 3:13-cv-04863-JST:

- that the November 10, 2016 deadline for fact discovery be extended until May 19, 2017 (30 days before trial) solely for the production of evidence supporting *Brandt* fees.

The parties' proposed time modifications would impact the deadlines in Case Nos. 3:13-cv-04863-JST as follows:

| Event | Current Schedule | New Schedule |
| --- | --- | --- |
| Fact Discovery Cut-Off | 11/10/2016 | 11/10/2016 (Except for *Brandt* Fees Evidence) |
| Deadline to Produce Evidence Supporting *Brandt* Fees | N/A | 5/19/2017 |

//

//

//

DATED:  October 25, 2016                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: _____*/s/ James P. Schaefer*_____
Attorneys for Plaintiff/Defendant
INTUITIVE SURGICAL, INC.

DATED:  October 25, 2016                    COZEN O'CONNER


By: _____*/s/ Charles E. Wheeler*_____
Attorneys for Defendants
ILLINOIS UNION INSURANCE COMPANY

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ James P. Schaefer*

# [~~PROPOSED~~] ORDER

## PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:

The prior deadlines in Case No. 3:13-cv-04863-JST are amended as follows:

| Event | Current Schedule | New Schedule |
|---|---|---|
| Fact Discovery Cut-Off | 11/10/2016 | 11/10/2016 (Except for *Brandt* Fees Evidence) |
| Deadline to Produce Evidence Supporting *Brandt* Fees | N/A | 5/19/2017 |

DATED: October 26, 2016        By: _____
The Honorable Jon S. Tigar
United States District Court Judge

---

[~~PROPOSED~~] ORDER RE: DEADLINE TO PRODUCE EVIDENCE TO SUPPORT *BRANDT* FEES

CASE NO. 3:13-CV-04863-JST