Thomas M. Jones (*Pro Hac Vice*)
Charles E. Wheeler, SBN 82915
Sean V. Walton (*Pro Hac Vice*)
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA  92101
Telephone: 619.234.1700
Facsimile: 619.234.7831
tjones@cozen.com
cwheeler@cozen.com
swalton@cozen.com

Attorneys for Plaintiff/Defendant
ILLINOIS UNION INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br><br>INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　Defendant. | Case No. 3:13-cv-04863-JST<br>Case No. 3:15-cv-04834-JST<br>*Hon. Jon S. Tigar*<br><br>**JOINT STIPULATION TO EXTEND EXPERT DEADLINES RE: JOHN HANSEN AND RICHARD HOLSTROM; AND**<br><br>**[PROPOSED] ORDER.**<br><br>Trial Date:  June 19, 2017 |

　　Illinois Union Insurance Company ("Illinois Union") and Intuitive Surgical, Inc. ("Intuitive") jointly stipulate, pursuant to Local Rules 6-1(b), 6-2, and 7-12, to extend—by two weeks—the close of expert discovery in the consolidated actions,

Case No. 3:13-cv-04863-JST and Case No. 3:15-cv-04834-JST, if it pleases the Court. As stipulated, this extension **shall only apply** to the depositions and related document productions of Intuitive's damages expert, John Hansen, and Illinois Union's rebuttal damages expert, Richard Holstrom.

WHEREAS, on July 26, 2016, the parties submitted a Joint Stipulation to Enter Scheduling Order, which was approved and entered by the Court on July 27, 2016 (ECF No. 186 in Case No. 3:13-cv-04863-JST).

WHEREAS, the Scheduling Order provided for the following deadlines related to experts:

Expert Reports Due   –   December 13, 2016

Rebuttal Expert Reports Due   –   January 17, 2017

Close Of Expert Discovery   –   January 31, 2017

WHEREAS, on December 8, 2016, pursuant to the parties' stipulation, the Court extended the expert deadlines by 10 days as follows (ECF No. 200):

Expert Reports Due   –   ~~December 13, 2016~~   –   December 23, 2016

Rebuttal Expert Reports Due   –   ~~January 17, 2017~~   –   January 27, 2017

Close Of Expert Discovery   –   ~~January 31, 2017~~   –   February 10, 2017

WHEREAS, the parties, through their counsel, have agreed to an additional two week extension of the close of expert discovery deadline, **but only with respect to** Intuitive's damages expert, John Hansen, and Illinois Union's rebuttal damages expert, Richard Holstrom.

NOW THEREFORE, the parties, through their undersigned counsel, hereby respectfully stipulate and request that the Court extend the above close of expert discovery deadline by two weeks, as follows:

Close Of Expert Discovery   –   ~~February 10, 2017~~   –   **February 24, 2017**, **but only with respect to** Intuitive's damages expert, John Hansen, and Illinois Union's rebuttal damages expert, Richard Holstrom.

The parties further stipulate that this change in the close of expert discovery deadline will not change or affect any of the other dates in the Scheduling Order entered on July 27, 2016.

DATED:  February 7, 2016                                    COZEN O'CONNOR

By:  */s/ Charles E. Wheeler*
Attorneys for Plaintiff/Defendant
ILLINOIS UNION INSURANCE COMPANY

SKADDEN, ARPS, SLATE, MEAGHER, & FLOM LLP

By:  */s/ Abraham A. Tabaie*
Attorneys for Defendant/Plaintiff
INTUITIVE SURGICAL, INC.

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Charles E. Wheeler*

/ / /

/ / /

/ / /

/ / /

# [~~PROPOSED~~] ORDER

## PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:

The Court enters the following modifications to the case schedule for the consolidated actions, Case No. 3:13-cv-04863-JST and Case No. 3:15-cv-04834-JST:

Close Of Expert Discovery – ~~February 10, 2017~~ – **February 24, 2017**, *but only with respect to* Intuitive's damages expert, John Hansen, and Illinois Union's rebuttal damages expert, Richard Holstrom.

DATED: February 9, 2017

_____
The Honorable Jon S. Tigar
United States District Court Judge

**JOINT STIPULATION TO EXTEND EXPERT DEADLINES**

CASE NO. 3:13-CV-04863-JST
CASE NO. 3:15-CV-04834-JST

4