1  ALLEN RUBY (SBN 47109)
   RAOUL D. KENNEDY (SBN 40892)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
3  Palo Alto, CA 94301
   Telephone: (650) 470-4500
4  Facsimile:  (650) 470-4570
   Allen.Ruby@skadden.com
5  Raoul.Kennedy@skadden.com

6  Attorneys for Plaintiff
   INTUITIVE SURGICAL, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 ILLINOIS UNION INSURANCE                CASE NO.: 3:13-cv-04863-JST
   COMPANY, an Illinois corporation,       CASE NO.: 3:15-cv-04834-JST
12
                       Plaintiff,          **JOINT STIPULATION TO EXTEND**
13                                          **DEADLINE FOR INTUITIVE'S**
          v.                                **OPPOSITION TO ILLINOIS UNION'S**
14                                          **MOTION TO BIFURCATE AND**
   INTUITIVE SURGICAL, INC., a Delaware     **MOTION TO REVERSE ORDER OF**
15 corporation,                             **PROOF; AND**

16                     Defendant.          ~~[PROPOSED]~~ ORDER

17 INTUITIVE SURGICAL, INC., a Delaware    Trial Date:    June 19, 2017
   corporation,
18                                         Hearing Date: May 26, 2017
                       Plaintiff,          Time:          2:00 p.m.
19                                         Location:      Courtroom 2, 4th Floor
          v.                                              Oakland Courthouse
20
   ILLINOIS UNION INSURANCE
21 COMPANY, an Illinois corporation;
   NAVIGATORS SPECIALTY INSURANCE
22 CO., a New York corporation,

23                    Defendants.

24

25

26

27

28

Intuitive Surgical, Inc. ("Intuitive") and Illinois Union Insurance Company ("Illinois Union") respectfully jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to extend the current deadline for Intuitive's oppositions to Illinois Union's Motion to Bifurcate and Motion to Reverse the Order of Proofs until May 9, 2017.

WHEREAS, the parties have a pretrial conference scheduled for May 26, 2017;

WHEREAS, Illinois Union filed two pretrial motions on April 21, 2017 (ECF No. 212 (Illinois Union Insurance Company's Notice of Motion and Motion to Bifurcate Extra-Contractual from Contractual Claims); ECF No. 213 (Illinois Union Insurance Company's Notice of Motion and Motion to Reverse the Order of Proofs)) to be heard on May 26, 2017, in order to comport with the Northern District of California's 35-day briefing schedule (*see* Local Rule 7-2);

WHEREAS, under that briefing schedule, Intuitive's oppositions to both motions are due on May 5, 2017, and Illinois Union's replies to Intuitive's oppositions are due on May 12, 2017;

WHEREAS, Illinois Union's motions are, in part, premised on the idea that Illinois Union would be stipulating to certain elements of Intuitive's breach of contract claims;

WHEREAS, Illinois Union has yet to provide such a draft stipulation to Intuitive,

WHEREAS, Illinois Union has indicated that it will provide such a draft stipulation to Intuitive by Friday, May 5, 2017;

WHEREAS, in order to potentially streamline the arguments in Illinois Union's pretrial motions, the parties agree that it will be beneficial to wait until Illinois Union provides Intuitive with a draft stipulation to consider before Intuitive opposes Illinois Union's motions;

WHEREAS, Illinois Union agrees to meet the original deadline for its replies to Intuitive's oppositions (May 12, 2017);

NOW THEREFORE, the parties, through the undersigned counsel, hereby stipulate with respect to the deadlines previously imposed in Case Nos. 3:13-cv-04863-JST as follows:

- That the current deadline for Intuitive's oppositions to Illinois Union's Motion to Bifurcate and Motion to Reverse the Order of Proofs be extended until May 9, 2017.

The parties' proposed time modifications would impact the deadlines in Case Nos. 3:13-cv-04863-JST as follows:

1

| Event | Current Schedule | New Schedule |
|---|---|---|
| Intuitive's Oppositions to Illinois Union's Motion to Bifurcate and Motion to Reverse the Order of Proofs | 5/5/2017 | 5/9/2017 |
| Illinois Union's Replies to Intuitive's Oppositions to Illinois Union's Motion to Bifurcate and Motion to Reverse the Order of Proofs | 5/12/2017 | No change |
| Hearing on Illinois Union's Motion to Bifurcate and Motion to Reverse the Order of Proofs | 5/26/2017 | No change |

DATED: May 4, 2017                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By:_____*/s/ Allen Ruby*_____
                    Attorneys for Plaintiff/Defendant
                    INTUITIVE SURGICAL, INC.

DATED: May 4, 2017                    COZEN O'CONNER


By:_____*/s/ Charles Wheeler*_____
                    Attorneys for Defendant/Plaintiff
                    ILLINOIS UNION INSURANCE COMPANY


    Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Allen Ruby*

2

JOINT STIPULATION TO EXTEND DEADLINE FOR OPPOSITION TO          CASE NOS. 3:13-CV-04863-JST;
MOTIONS TO BIFURCATE AND REVERSE ORDER OF PROOF                          3:13-CV-04834-JST

1

**[PROPOSED] ORDER**

2    **PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS**

3  **ORDERED THAT:**

4        The deadline for Intuitive Surgical Inc's oppositions to Illinois Union's Insurance

5  Company's ("Illinois Union") Motion to Bifurcate Extra-Contractual from Contractual Claims (ECF

6  No. 212) and Illinois Union's Motion to Reverse the Order of Proofs (ECF No. 213) is extended to

7  May 9, 2017.  The deadlines for Illinois Union's replies to both motions remain the same.

8  DATED:  May 4, 2017                By:_____

9                                                The Honorable Jon S. Tigar
                                               United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1