| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: 3:13-cv-04863-JST<br><br>**[PROPOSED] ORDER DISMISSING ILLINOIS UNION'S COMPLAINT AGAINST INTUITIVE SURGICAL, INC. WITH PREJUDICE**<br><br>Complaint Filed: October 21, 2013<br><br>Hon. Jon S. Tigar |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 1 | Pursuant to the Stipulated Request For Dismissal Of Illinois Union Insurance Company's Complaint Against Intuitive Surgical Inc. With Prejudice filed by Defendant Intuitive Surgical, Inc. ("Intuitive") and Plaintiff Illinois Union Insurance Company ("Illinois Union"), the Court hereby orders that Illinois Union's Complaint For Rescission of Insurance Policy And Declaratory Relief against Intuitive is dismissed with prejudice.  Each party shall bear its own fees and costs. |

IT IS SO ORDERED.

Dated:  June 13, 2017

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE